1 CURTIS A. GRAHAM, Bar No. 215745
cagraham@littler.com
2 JAMES E. PAYER, Bar No. 292158
jpayer@littler.com
3 LITTLER MENDELSON, P.C.
633 West 5th Street
4 63rd Floor
Los Angeles, CA 90071
5 Telephone: 213.443.4300
Facsimile: 213.443.4299
6
Attorneys for Defendant
7 GENESIS HEALTHCARE LLC

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUANA OLIVOS VALDEZ, an individual, DANILLIE WILLIE, an individual, on behalf of themselves and all others similarly situated, and as aggrieved employees under the Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>GENESIS HEALTHCARE LLC, a Delaware Corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:19-CV-00976<br><br>**DECLARATION OF LISA C. HOLAHAN IN SUPPORT OF DEFENDANT GENESIS HEALTHCARE LLC'S NOTICE OF REMOVAL FROM STATE COURT TO THE UNITED STATES DISTRICT COURT**<br><br>[28 U.S.C. §§ 1332, 1441, & 1446]<br><br>Trial Date: None Set<br>Complaint Filed: September 20, 2018<br>(Los Angeles Superior Court) |

## DECLARATION OF LISA C. HOLAHAN

I, Lisa C. Holahan, declare as follows:

1. I am employed as the Director of Litigation Support for Genesis Administrative Services LLC, agent for Defendant Genesis Healthcare LLC ("Genesis"). I make this Declaration in support of Defendant's Notice of Removal of Civil Action.

2. In my position as Director of Litigation Support, I am familiar with and have personal knowledge of and have access to information regarding Genesis's organization, operations, workforce distribution, general business affairs, and employee personnel information. This Declaration is based upon my personal knowledge and my review of records available to me as they are kept in the ordinary course of business, information obtained from other employees upon whom I regularly rely on in the ordinary course of business, and/or my general knowledge of Genesis's business practices.

3. Genesis is a limited liability company organized under the laws of the State of Delaware. At the time this action was commenced in state court and at the time of the removal to federal court, Genesis's headquarters and principal place of business were and continue to be located in Kennett Square, Pennsylvania.

4. I have access to and have reviewed two letters dated March 26, 2018 from Matern Law Group, PC to Genesis, providing notice pursuant to California Labor Code § 2699.3 on behalf of Juana Olivos Valdez ("Valdez") and Danillie Willie ("Willie"). Valdez's and Willie's letters state that each individual is bringing a claim pursuant to the California Labor Code Private Attorneys General Act of 2004 ("PAGA") against their employer, Alexandria Care Center ("Alexandria"). True and correct copies of the letters are attached here as **Exhibits A** and **B**.

5. I have access to and have reviewed the complaint in this action filed on September 20, 2018, in the Superior Court of the State of California for the County of Los Angeles, entitled *Valdez, et al. v. Genesis Healthcare LLC*, Case No. BC722132

2.

(the "Complaint"). The Complaint and accompanying Summons were served on Genesis' agent for service of process, Corporation Service Company ("CSC"), on January 10, 2019. CSC, however, did not inform Genesis of the service of those documents until February 5, 2019.

6. Based on my review of Genesis' business records, including employee personnel information, Genesis did not employ Valdez or Willie.

7. Genesis has an indirect ownership interest in Alexandria, which it acquired effective February 2, 2015 after Genesis combined with Skilled Healthcare Group, Inc. ("SHG") and its subsidiaries, which included indirect ownership interests in Alexandria (the "Combination"). SHG changed its name to Genesis HealthCare, Inc. upon conclusion of the Combination and remains the ultimate parent company having an indirect ownership interest in Alexandria.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on February 7, 2019, at Kennett Square, Pennsylvania.

Lisa C. Holahan