UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-976-DMG (JCx) | Date | October 21, 2022 |

| | |
|---|---|
| Title | *Juana Olivos Valdez, et al. v. Genesis Healthcare, LLC, et al.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Kayvon Sabourian | James E. Payer |
| Ronald Bae | |

**Proceedings:** **PLAINTIFFS JUANA OLIVOS VALDEZ, DANILLIE WILLIE, AND CHRISTINE ESPINOSA'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVE SERVICE AWARDS [115]**

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [116]**

The cause is called and counsel state their appearance. Attorney Kevin Mahoney makes a special appearance for class member Michelle Lynn Hernandez Duncan regarding a late-filed opt out. The Court denies the request to submit a late opt out in light of Defendants' opposition. The Court and counsel confer. The Court GRANTS the above-entitled motions for the reasons stated on the record. A written order will issue.

0:21