Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUANA OLIVOS VALDEZ, an individual; DANILLIE WILLIE, an individual; and PATRICIA THEUS, an individual, on behalf of themselves and all others similarly situated, and as aggrieved employees under the Labor Code Private Attorneys General Act of 2004,<br><br>            Plaintiffs,<br><br>      v.<br><br>GENESIS HEALTHCARE LLC, a Delaware Limited Liability Company et al.<br><br>            Defendants. | CASE NO. 2:19-cv-00976-DMG-JC<br><br>**ORDER RE STIPULATION TO AMEND PROTECTIVE ORDER** |

The Court, having considered the Stipulation of Plaintiffs, Juana Olivos Valdez, Danillie Willie, and Patricia Theus (collectively, "Plaintiffs"), and Defendants, Genesis Healthcare LLC, Genesis Healthcare, Inc., and Genesis Administrative Services, LLC (collectively, "Defendants") to Amend the Protective Order entered by the Court on September 15, 2020 at DN 49 (the "Protective Order"), hereby **ORDERS** the Protective Order to be amended as agreed upon by the parties.

**IT IS SO ORDERED.**

Dated: October 18, 2023

_____
Honorable Jacqueline Chooljian
United States Magistrate Judge